IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| UNITED STATES OF AMERICA, | ORDER |
| Plaintiff, | |
| | 11-cr-93-bbc |
| v. | |
| NORBERTO BURCIAGA, JR., | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

The judgment and commitment entered on March 15, 2012, is amended to add the court's recommendation that defendant be placed in an institution as close as possible to northern Wisconsin.

In all other respects, the judgment and commitment remains as entered.

Entered this 22d day of March, 2012.

BY THE COURT:

/s/ Barbara B. Crabb
BARBARA B. CRABB
District Judge

1